# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON EDWARD GARCIA, | ) | No. SACV 09-1321-VBF(CW) |
| Petitioner, | ) ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES |
| v. | ) ) | MAGISTRATE JUDGE |
| JAMES A. YATES (Warden), | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been received.

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; and (2) that judgment be entered dismissing the petition as moot.

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED:     5-16-11

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
United States District Judge