**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON EDWARD GARCIA,<br><br>        Petitioner,<br><br>    v.<br><br>JAMES A. YATES (Warden),<br><br>        Respondent. | No. SACV 09-1321-VBF(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed as moot.

DATED: 05-16-11

_Valerie Baker Fairbank_
VALERIE BAKER FAIRBANK
United States District Judge

1